UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o VITO MARRERO
and
THE STANDARD FIRE INSURANCE COMPANY
a/s/o ARNOLD MINTZ                                              07 Civ.

      Plaintiff,

                                                                               **FRCP RULE 7.1**
     - against -                                   **DISCLOSURE STATEMENT**

S/V GLASS SLIPPER *in rem* and DOMINICK
VISTOCCO *in personam*

      Defendant,
-------------------------------------------------------------X

    NOW comes plaintiffs, ACE AMERICAN INSURANCE COMPANY a/s/o VITO MARRERO and THE STANDARD FIRE INSURANCE COMPANY a/s/o ARNOLD MINTZ submits in duplicate their Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. VITO MARRERO is an individual. THE TRAVELERS COMPANIES INC. is the publicly traded parent company of THE STANDARD FIRE INSURANCE COMPANY. ARNOLD MINTZ is an individual.

Dated: New York, New York
December 13, 2007
230-20

Of Counsel:                                      CASEY & BARNETT, LLC

Daniel M. Brown                          By: _____
Attorney for Standard Fire Insurance       Gregory G. Barnett (GGB-3751)
Francis R. Gartner & Associates          Attorney for ACE
10 Sentry Parkway, Suite 301            317 Madison Avenue, 21st Floor
Blue Bell, PA 19422                        New York, NY 10017
(215) 274-1700                                (212) 286-0225