Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o VITO MARRERO                                           07 Civ. 11284 (AKH)
and
THE STANDARD FIRE INSURANCE COMPANY       **MOTION TO ADMIT**
a/s/o ARNOLD MINTZ                                           **COUNSEL PRO HAC VICE**

        Plaintiff,

    - against -

S/V GLASS SLIPPER   *in rem* and DOMINICK
VISTOCCO *in personam*

        Defendants.
------------------------------------------------------------X

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory G. Barnett, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Daniel M. Brown |
| Firm Name: | Francis R. Gartner & Associates |
| Address: | 10 Sentry Parkway, Suite 301 |
| City/State/Zip: | Blue Bell, PA 19422 |
| Phone Number: | 215-274-1716 |
| Fax Number: | 215-274-1735 |

Daniel M. Brown is a member of good standing of the Bars of the Commonwealth of Pennsylvania and State of New Jersey.

There are no pending disciplinary proceedings against Daniel M. Brown in any State or Federal court.

Dated:  New York, New York
        February 26, 2008
        230-20

Respectfully submitted:

CASEY & BARNETT, LLC
Attorneys for ACE

_____
Gregory G. Barnett (GGB-3751)
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o VITO MARRERO                                               07 Civ. 11284 (AKH)
and
THE STANDARD FIRE INSURANCE COMPANY    **AFFIDAVIT OF GREGORY**
a/s/o ARNOLD MINTZ                                               **G. BARNETT IN SUPPORT**
                                                                 **OF MOTION TO ADMIT**
           Plaintiff,                                            **COUNSEL PRO HAC VICE**

   - against -

S/V GLASS SLIPPER  *in rem* and DOMINICK
VISTOCCO *in personam*

           Defendants.
------------------------------------------------------------X

Gregory G. Barnett, being duly sworn, hereby deposes and says as follows:

1.  I am a partner of the law firm of Casey & Barnett, counsel for the plaintiffs in the above-captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of The Standard Fire Insurance Company's motion to admit Daniel M. Brown as counsel *pro hac vice* to represent The Standard Fire Insurance Company in this matter.

2.  I was admitted to the bar of the State of New York in 1995, to the bar of the United States Court of Appeals for the Second Circuit in 2003, to the bar of the United States District Court for the Southern District of New York in 1995, to the bar of the United States District Court for New Jersey in 1994. I am in good standing in all Courts which I have been

admitted. There are no disciplinary proceedings pending against me of which I am aware in any jurisdiction.

3. I have known Daniel Brown since 2002.

4. Daniel M. Brown is an attorney in the law firm of Francis R. Gartner & Associates. Francis R. Gartner & Associates is part of the staff counsel organization of Travelers Indemnity Company.

5. I have found Daniel Brown to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Daniel M. Brown, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Daniel M. Brown, *pro hac vice*, which is attached.

**WHEREFORE**, it is respectfully requested that the motion to admit Daniel M. Brown, *pro hac vice*, to represent The Standard Fire Insurance Company in the above-captioned matter, be granted.

Dated: New York, New York
       February 26, 2008
       230-20

Notarized:

_____ 2/26/08
CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 /0

Respectfully submitted:

_____
Gregory G. Barnett (GGB-3751)
Casey & Barnett, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o VITO MARRERO                                              07 Civ. 11284 (AKH)
and
THE STANDARD FIRE INSURANCE COMPANY    **ORDER FOR ADMISSION**
a/s/o ARNOLD MINTZ                                              **PRO HAC VICE ON**
                                                                **WRITTEN MOTION**

       Plaintiff,

- against -

S/V GLASS SLIPPER  *in rem* and DOMINICK
VISTOCCO *in personam*

       Defendants.
------------------------------------------------------------X

    Upon the motion of Gregory G. Barnett, attorney for the plaintiffs, and upon said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel M. Brown |
| Firm Name: | Francis R. Gartner & Associates |
| Address: | 10 Sentry Parkway, Suite 301 |
| City/State/Zip: | Blue Bell, PA 19422 |
| Phone Number: | 215-274-1716 |
| Fax Number: | 215-274-1735 |
| Email Address: | dbrown9@travelers.com |

is admitted to practice *pro hac vice* as counsel for The Standard Fire Insurance Company a/s/o Arnold Mintz, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

New York, New York

So Ordered this ___ day of _____ 2008.


_____
United States District Judge

## CERTIFICATION

On February 29, 2008, I served the within **PLAINTIFF'S MOTION TO ADMIT COUNSEL PRO HAC VICE, the AFFIDAVIT OF GREGORY G. BARNETT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, and the ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION,** on the parties listed below by depositing in a mailbox of the United States Post Office, a true copy thereof, securely enclosed in a First Class post-paid wrapper, addressed to the parties below:

Paul W. Koors, Esq.
Koors and Jednak
4234 Vireo Avenue
Bronx, New York 10470

Dan Brown, Esq.
Francis R. Gartner & Associates
10 Sentry Parkway, Suite 301
Blue Bell, PA 19422

_/s/ Gregory G. Barnett_
Gregory G. Barnett

# Supreme Court of New Jersey



## Certificate of Good Standing

    This is to certify that **DANIEL MICHAEL BROWN** (No. **038541998**) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

    I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

    Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **6TH** day of **February**, 20 **08**

Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Daniel Michael Brown, Esq.*

#### DATE OF ADMISSION

*December 5, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 4, 2008

_____
Patricia A. Johnson
Chief Clerk