Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o VITO MARRERO
and
THE STANDARD FIRE INSURANCE COMPANY
a/s/o ARNOLD MINTZ

           Plaintiff,

- against -

S/V GLASS SLIPPER *in rem* and DOMINICK
VISTOCCO *in personam*

           Defendants.
-------------------------------------------------------------X

07 Civ. 11284 (AKH)

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of Gregory G. Barnett, attorney for the plaintiffs, and upon said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel M. Brown |
| Firm Name: | Francis R. Gartner & Associates |
| Address: | 10 Sentry Parkway, Suite 301 |
| City/State/Zip: | Blue Bell, PA 19422 |
| Phone Number: | 215-274-1716 |
| Fax Number: | 215-274-1735 |
| Email Address: | dbrown9@travelers.com |

is admitted to practice *pro hac vice* as counsel for The Standard Fire Insurance Company a/s/o Arnold Mintz, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

New York, New York

So Ordered this 17 day of March 2008.

_____
United States District Judge