RECEIVED
MAY 0 1 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

# LAW OFFICES
# FRANCIS R. GARTNER & ASSOCIATES

Ten Sentry Parkway – Suite 301
Blue Bell, PA 19422
(215) 274-1700
Fax: (215) 274-1722

Direct Dial: (215) 274-1716
E-mail: dbrown9@travelers.com

*[Handwritten note: The conf. is adjourned to May 23, 2008, 9:30 am 5/1/08 /s/ A.K. Hellerstein]*

May 1, 2008

The Honorable Alvin K. Hellerstein
United States Courthouse
 Southern District of New York
Room 1050
500 Pearl Street
New York, NY 1007

    Re: Ace American Insurance Co. a/s/o Vito Marrero v. Vistocco
        Docket No.: 07-clv-11284(AKH)

Dear Judge Hellerstein:

Please be advised that I represent The Standard Fire Insurance Company, as subrogee of Arnold Mintz, one of the plaintiffs in the above-captioned case.

An interim pre-trial conference is scheduled for May 2, 2008, at 9:30 a.m. Kindly accept this correspondence as a request for an adjournment of this interim pretrial conference. No prior requests for adjournments have been made, and all the attorneys agree to this request.

Thank you for your cooperation.

                    Very truly yours,

                    Daniel M. Brown

DMB
via facsimile only
cc: Greg Barnett, Esquire(via electronic mail)
    Paul Koors, Esquire(via electronic mail)