USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

# LAW OFFICES
## FRANCIS R. GARTNER & ASSOCIATES
Ten Sentry Parkway – Suite 301
Blue Bell, PA 19422
(215) 274-1700
Fax: (215) 274-1722



Adjourned to June 20, 2008, 9:30 a.m. No more adjournments
5-19-08
Al Hellerstein

Direct Dial: (215) 274-1716
E-mail: dbrown9@travelers.com

RECEIVED MAY 1 9 2008 ALVIN K. HELLERSTEIN

May 19, 2008

The Honorable Alvin K. Hellerstein
United States Courthouse
   Southern District of New York
Room 1050
500 Pearl Street
New York, NY 10007

      **Re: Ace American Insurance Co. a/s/o Vito Marrero v. Vistocco
Docket No.: 07-civ-11284(AKH)**

Dear Judge Hellerstein:

    Please be advised that I represent The Standard Fire Insurance Company, as subrogee of Arnold Mintz, one of the plaintiffs in the above-captioned case.

    An interim pre-trial conference is scheduled for May 23, 2008, at 9:30 a.m. Kindly accept this correspondence as a request for an adjournment of this interim pre-trial conference. There has been one prior request for adjournment concerning the May 2, 2008 conference, and the court adjourned that conference. All the attorneys involved in this litigation agree to this request.

    Thank you for your cooperation.

                Very truly yours,

                Daniel M. Brown

DMB
via facsimile only
cc: Greg Barnett, Esquire (via electronic mail)
    Paul Koors, Esquire (via electronic mail)