**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

September 4, 2008

*Via Telecopier 212-805-7942*

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

*Ace American Insurance Company et al. v. S/V Glass Slipper*
07 Civ. 11284 (AKH)
Our File: 230-20

Dear Honorable Judge:

We represent plaintiff, Ace American Insurance Company, in the above referenced civil action. We write the court to request a one week adjournment for the conference scheduled tomorrow morning at 9:30 am. The reason for this request is that at the deposition today the parties have reached a tentative agreement to settle.

The attorneys believe that the additional week will allow them to fully brief their clients and agree to resolve this matter. The attorneys are currently taking a deposition and can be reached by telephone at 212-286-0225 and by facsimile at 212-286-0225.

We greatly appreciate the court's assistance in this matter and look forward to its comments.

Respectfully submitted,

CASEY & BARNETT, LLC

Gregory G. Barnett

GGB/crm

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 9-4-08